FILED
February 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002436072

James V. Phelps, (CA SBN 248664)
5837 Dunsmuir Avenue
PO BOX 721
Dunsmuir, California 96025
Tel: (530) 235-4911
Fax: (530) 235-4922
Email: james@viraxay.com

Attorney for Debtors: DON & SENGTHONG PHELPS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

    DON PHELPS;
    SENGTHONG PHELPS;

                 Debtors.

Case No. 09-47970-B-7

D.C. No. JVP-001

**NOTICE OF MOTION RE: MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS**

DATE : 04/06/10
TIME : 9:30 A.M.
DEPT : B, Courtroom 32, 6th Floor
LOC : 501 I Street, Sacramento, CA
JUDGE: Holman

**NOTICE OF MOTION RE: MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS**

Please take notice that on April 6, 2010 at 9:30AM or as soon as the matter may be heard before the Honorable Judge HOLMAN, of the above-entitled court, located at 501 "I" Street, Sacramento, CA 95814, movant will move this court for an ORDER TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS, a copy of which has been filed concurrently with this Notice.

Pursuant to Local Bankruptcy Rule 9014-1(f)(1), opposition, if any, to the granting of the motion shall be in writing and shall be served and filed with the Court by the responding party at

NOTICE OF MOTION, CASE NO. 09-47970-B-7, DCN. JVP-001

least fourteen (14) calendar days preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

The opposition shall specify whether the responding party consents to the Court's resolution of disputed material factual issues pursuant to FRCivP 43(e) as made applicable by FRBP 9017. If the responding party does not so consent, the opposition shall include a separate statement identifying each disputed material factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file the separate statement shall be construed as consent to resolution of the motion and all disputed material factual issues pursuant to FRCivP 43(e).

Dated: February 22, 2010					By: /s/ James Phelps
							JAMES V. PHELPS,
							ATTORNEY FOR DEBTORS

James V. Phelps, (CA SBN 248664)
5837 Dunsmuir Avenue
PO BOX 721
Dunsmuir, California 96025
Tel: (530) 235-4911
Fax: (530) 235-4922
Email: james@viraxay.com

Attorney for Debtors: DON & SENGTHONG PHELPS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

    DON PHELPS;
    SENGTHONG PHELPS;

            Debtors.

Case No. 09-47970-B-7

D.C. No. JVP-001

MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS

DATE : 04/06/10
TIME : 9:30 A.M.
DEPT : B, Courtroom 32, 6th Floor
LOC : 501 I Street, Sacramento, CA
JUDGE: Holman

**MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS**

Debtors hereby move this Court for an Order compelling the Chapter 7 Trustee to abandon debtors' business, commonly known as SENGTHONG'S RESTAURANT.

The basis of this motion is that the business, per se, is of nominal or no value, and it is counter to the interests of the bankruptcy estate to be burdened with the potential liability associated with the continued operation of the business during the bankruptcy period. As shown on debtors' petition and schedules, tools of trade and equipment are of modest value, and have been fully exempted. The conduct of the business by debtor merely provides for debtors' "wages", and the ability of the debtors to continue to earn a living in this manner is wholly

consistent with the concept of providing the debtors with a fresh start. As shown in debtors' petitions and schedules, the relief requested would not impede creditors' rights and would enable the Chapter 7 Trustee to satisfy concerns as to potential liability.

Respectfully Submitted,

Dated: February 22, 2010								By: /s/ James Phelps

JAMES V. PHELPS,
ATTORNEY FOR DEBTORS

```
1    James V. Phelps, (CA SBN 248664)
     5837 Dunsmuir Avenue
2    PO BOX 721
     Dunsmuir, California 96025
3    Tel: (530) 235-4911
     Fax: (530) 235-4922
4    Email: james@viraxay.com

5    Attorney for Debtors: DON & SENGTHONG PHELPS
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>    DON PHELPS;<br>    SENGTHONG PHELPS;<br><br>                   Debtors. | Case No. 09-47970-B-7<br><br>D.C. No. JVP-001<br><br>DEBTOR'S DECLARATION RE:<br>MOTION TO COMPEL CHAPTER 7<br>TRUSTEE TO ABANDON BUSINESS<br><br>DATE : 04/06/10<br>TIME : 9:30 A.M.<br>DEPT : B, Courtroom 32, 6th Floor<br>LOC   : 501 I Street, Sacramento, CA<br>JUDGE: Holman |

**DEBTOR'S DECLARATION RE: MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS**

I, DON PHELPS, am a Debtor in the above referenced bankruptcy case.

    I declare the following:

1) As shown in the filed petition and schedules, all tools of trade and equipment are of modest values and have been fully exempted.

2) The conduct of the business known as SENGTHONG'S RESTAURANT merely provides wages and the ability to continue to earn a living in this manner wholly consistent with the concept of providing a fresh start.

3) As shown in the filed petition and schedules, the relief requested would not impede creditors' rights and would enable the Chapter 7 Trustee to satisfy concerns as to potential liability.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2010                    By: /s/ Don Phelps
                                                 DON PHELPS, DEBTOR

DECLARATION: DON PHELPS, CASE NO. 09-47970-B-7, DCN. JVP-001

Page 2 of 2

James V. Phelps, (CA SBN 248664)
5837 Dunsmuir Avenue
PO BOX 721
Dunsmuir, California 96025
Tel: (530) 235-4911
Fax: (530) 235-4922
Email: james@viraxay.com

Attorney for Debtors: DON & SENGTHONG PHELPS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

    DON PHELPS;
    SENGTHONG PHELPS;

                  Debtors.

Case No. 09-47970-B-7

D.C. No. JVP-001

DEBTOR'S DECLARATION RE: MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS

DATE : 04/06/10
TIME : 9:30 A.M.
DEPT : B, Courtroom 32, 6th Floor
LOC   : 501 I Street, Sacramento, CA
JUDGE: Holman

**DEBTOR'S DECLARATION RE: MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS**

I, SENGTHONG PHELPS, am a Debtor in the above referenced bankruptcy case.

    I declare the following:

1) As shown in the filed petition and schedules, all tools of trade and equipment are of modest values and have been fully exempted.

2) The conduct of the business known as SENGTHONG'S RESTAURANT merely provides wages and the ability to continue to earn a living in this manner wholly consistent with the concept of providing a fresh start.

DECLARATION: SENGTHONG PHELPS, CASE NO. 09-47970-B-7, DCN. JVP-001

3) As shown in the filed petition and schedules, the relief requested would not impede creditors' rights and would enable the Chapter 7 Trustee to satisfy concerns as to potential liability.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 22, 2010     By: /s/ Sengthong Phelps
                             SENGTHONG PHELPS, DEBTOR

James V. Phelps, (CA SBN 248664)
5837 Dunsmuir Avenue
PO BOX 721
Dunsmuir, California 96025
Tel: (530) 235-4911
Fax: (530) 235-4922
Email: james@viraxay.com

Attorney for Debtors: DON & SENGTHONG PHELPS

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

DON PHELPS;
SENGTHONG PHELPS;

           Debtors.

Case No. 09-47970-B-7

D.C. No. JVP-001

STIPULATION BY DEBTOR AND TRUSTEE TO DEBTORS' MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS

DATE : 03/16/10
TIME : 9:30 A.M.
DEPT : B, Courtroom 32, 6th Floor
LOC : 501 I Street, Sacramento, CA
JUDGE: Holman

**STIPULATION BY DEBTORS AND TRUSTEE TO DEBTORS' MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS**

THE ABOVE NAMED DEBTORS, THROUGH THEIR ATTORNEY, AND THE CHAPTER 7 TRUSTEE, HEREBY AGREE AND STIPULATE TO THE FOLLOWING:

1) That the Debtors shall file with the Court a Motion to Compel Chapter 7 Trustee to Abandon Business.

2) That as shown in the filed petition and schedules, all tools of trade and equipment of modest values have been fully exempted.

Stipulation By Debtors & Trustee to Abandonment of Business

3) That the conduct of the business known as SENGTHONG'S RESTAURANT merely provides wages and the ability to continue to earn a living in this manner wholly consistent with the concept of providing a fresh start.

4) That as shown in the filed petition and schedules, the relief requested would not impede Creditors' rights and would enable the Chapter 7 Trustee to satisfy concerns as to potential liability.

5) That the Chapter 7 Trustee is in agreement with the Debtors that the property to be abandoned is of nominal or no value, and it is counter to the interests of the bankruptcy estate to be burdened with the potential liability associated with the continued operation of the business.

Respectfully Submitted,

Dated: February 22, 2010            By: /s/ Don Phelps
                                    DON PHELPS, DEBTOR

Dated: February 22, 2010            By: /s/ Sengthong Phelps
                                    SENGTHONG PHELPS, DEBTOR

Dated: February 22, 2010            By: /s/ James Phelps
                                    JAMES V. PHELPS,
                                    ATTORNEY FOR DEBTORS

Dated: February 22, 2010            By: [signature]
                                    LINDA SCHUETTE
                                    CHAPTER 7 TRUSTEE

James V. Phelps, (CA SBN 248664)
5837 Dunsmuir Avenue
PO BOX 721
Dunsmuir, California 96025
Tel: (530) 235-4911
Fax: (530) 235-4922
Email: james@viraxay.com

Attorney for Debtors: DON & SENGTHONG PHELPS

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

In re:

    DON PHELPS;
    SENGTHONG PHELPS;

                  Debtors.

Case No. 09-47970-B-7

D.C. No. JVP-001

**CERTIFICATE OF SERVICE**

DATE : 04/06/10
TIME : 9:30 A.M.
DEPT : B, Courtroom 32, 6th Floor
LOC   : 501 I Street, Sacramento, CA
JUDGE: Holman

**CERTIFICATE OF SERVICE**

    I, JAMES V. PHELPS, declare that I am employed in the County of Siskiyou, California, that I am over the age of eighteen, and that I am not a party to the within cause. My business address is 5837 Dunsmuir Avenue, Dunsmuir, CA 96025. I am familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the document referred to below would be deposited with the United States Postal Service the date set forth below in the ordinary course of business.

    On February 22, 2010, I served <u>MOTION</u> and <u>NOTICE OF MOTION TO COMPEL CHAPTER 7 TRUSTEE TO ABANDON BUSINESS</u> and <u>DEBTORS DECLARATIONS</u> and

CERTIFICATE OF SERVICE, CASE NO. 09-47970-B-7, DCN. JVP-001

<u>**STIPULATION BY DEBTOR AND TRUSTEE**</u> by placing a true and correct copy thereof enclosed in a sealed envelope placed for collection and mailing on the above date following ordinary business practices, with postage thereon fully prepaid, at Dunsmuir, California, addressed as follows:

Linda Schuette
Bankruptcy Trustee
PO BOX 743
Palo Cedro, CA 96073

US Bankruptcy Court
Office of the US Trustee
501 I Street, Ste 7-500
Sacramento, CA 95814

Paul J. Dutra
DUTRA & OATES
2377 Gold Meadow Way, Ste 215
Gold River, CA 95670

AAA Card Bankruptcy
PO BOX 15298
Wilmington, DE 19850

Bill Malin
29 Mizzen Lane
Salem, SC 29672

City of Dunsmuir
Finance Director
5915 Dunsmuir Ave
Dunsmuir, CA 96025

Denise Fairhurst
3341 Sacramento Drive
Redding, CA 96001

Discover Card Bankruptcy
PO BOX 30421
Salt Lake City, UT 84130

PNC Mortgage Bankruptcy
PO BOX 54828

CERTIFICATE OF SERVICE, CASE NO. 09-47970-B-7, DCN. JVP-001

Los Angeles, CA 90054

Premierwest Bankruptcy
PO BOX 40
Medford, OR 97501

Russell Gustafson
1001 Maple Street
Yreka, CA 96097

United Mileage Bankruptcy
PO BOX 94014
Palatine, IL 60094

Wanichipol Wannakeree
4319 Stage Coach Road
Dunsmuir, CA 96025

Wells Fargo Bankruptcy
PO BOX 348750
Sacramento, CA 95834

William Clement
6586 Jojoba Drive
Mohave Valley, AZ 86440

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.


Dated: February 22, 2010                    By: /s/ James Phelps_____
                                            JAMES V. PHELPS,
                                            ATTORNEY FOR DEBTORS